155 So.2d 607

**David E. SWIFT**

v.

**STATE.**

3 Div. 110.

Court of Appeals of Alabama.

Oct. 23, 1962.

Rehearing Denied Nov. 20, 1962.

Fred Gray and Solomon S. Seay, Jr., Montgomery, Jack Greenberg and Leroy D. Clark, New York City, and Louis H. Pollak, New Haven, Conn., for appellant.

Richmond M. Flowers, Atty. Gen., and Leslie Hall, Asst. Atty. Gen., for the State.

PRICE, Presiding Judge.

Affirmed, authority of Abernathy v. State, 155 So.2d 586.

Certiorari denied by Supreme Court, 155 So.2d 607 (3 Div. 50).

168 So.2d 28

**Holman TURNER, Jr.**

v.

**CITY OF HUNTSVILLE.**

8 Div. 869.

Court of Appeals of Alabama.

Oct. 6, 1964.

Orzell Billingsley, Jr., Peter A. Hall and J. Mason Davis, Birmingham, for appellant.

Richmond M. Flowers, Atty. Gen., and Leslie Hall, Asst. Atty. Gen., and Chas. H. Younger, City Atty., Huntsville, for appellee.

CATES, Judge.

This appeal is controlled by Pearson v. City of Huntsville, ante p. 458, 168 So.2d 24, this day decided.

Reversed and remanded.

155 So.2d 607

**Wyatt Tee WALKER**

v.

**STATE.**

3 Div. 111.

Court of Appeals of Alabama.

Oct. 23, 1962.

Rehearing Denied Nov. 20, 1962.

Fred Gray and Solomon S. Seay, Jr., Montgomery, Jack Greenberg and Leroy D. Clark, New York City, and Louis H. Pollak, New Haven, Conn., for appellant.

Richmond M. Flowers, Atty. Gen., and Leslie Hall, Asst. Atty. Gen., for the State.

CATES, Judge.

Affirmed, authority of Abernathy v. State, 155 So.2d 586.

Certiorari denied by Supreme Court, 155 So.2d 608 (3 Div. 51).